IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| JOSEPH MARK LeBLANC, PRO SE, <br> TDCJ-CID No. 1361901, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY BOLAND, <br> THERESA HENDRICK, <br> RICHARD PHILLIPS, <br> JULIE PACHECO, and <br> WILLIAM GING, <br><br> Defendants | § § § § § § § 2:10-CV-0035 § § § § § § § § |

## ORDER OF DISMISSAL

Plaintiff JOSEPH MARK LeBLANC, while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-referenced defendant and has been granted permission to proceed *in forma pauperis*.

On January 4, 2011, an Order to Cure Deficiencies by Amended Complaint and Findings, Conclusions, and Recommendation was issued by the United States Magistrate Judge recommending dismissal for failure to state a claim on which relief can be granted, for refusal to comply with an order of the court, and for failure to comply with Rule 8, Federal Rules of Civil Procedure.

The period for response and for filing objections has expired; and no further pleading or correspondence has been received from plaintiff. No curative amendment has been submitted and no Objections have been filed in response to the Findings, Conclusions, and Recommendation.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Order to Cure Deficiencies by Amended Complaint and Findings, Conclusions, and Recommendation. The Court is of the opinion that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff JOSEPH MARK LeBLANC is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED AND FOR REFUSAL TO COMPLY WITH AN ORDER OF THE COURT AND FAILURE TO COMPLY WITH RULE 8, FEDERAL RULES OF CIVIL PROCEDURE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Any pending motions are DENIED.

The Clerk will mail a copy of this Order to the plaintiff and to any attorney of record by first class mail.

It is SO ORDERED.

Signed this the _____ day of February, 2010.

MARY LOU ROBINSON
United States District Judge